# UNITED STATES DISTRICT COURT

### FOR THE

### SOUTHERN DISTRICT OF NEW YORK



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | '07 CRIM 982 |
| v. | : | |
| | : | 07 Cr.    **JUDGE KARAS** |
| OZVALDO PEREZ, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**OZVALDO PEREZ,** the above-named defendant, who is accused of violating Title 18,

United States Code, Section 1029(b)(2), having been advised of the nature of the charge and of

his rights, hereby waives in open court prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date:   White Plains, New York
        October 24, 2007

