UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

OSVALDO PEREZ,

       Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
07 Cr. 0982

TO:    Clerk of Court
         United States District Court
         Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                  By:    /s/ Nicholas L. McQuaid
                         Nicholas L. McQuaid
                         Assistant United States Attorney
                         (914) 993-1936
                         Nicholas.McQuaid@usdoj.gov