

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 4, 2008

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: **United States v. Osvaldo Perez**
07 Cr. 982 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the status conference in the above-referenced matter be adjourned from June 13, 2008 at 2:00 p.m., to September 26, 2008 at 10:00 a.m., in order to permit the parties to apprise the Court of all matters that remain to be resolved in this case.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

cc:  Michael Foley, Esq. (By Fax)

*Adjourned until October 10, 2008, at 2:00 p.m.*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
6/10/08